MORITZ, Respondent, v. RACHOW, Appellant, et al. (Supreme Court, Appellate Term. April 10, 1907.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by Simon Moritz against John Rachow and another. Judgment for plaintiff, and defendant Rachow appeals. Affirmed. Michael J. Horan, for appellant. Huth & Baker, for respondent.

PER CURIAM. Whatever defect of proof there might have been at the time the plaintiff rested as to the delivery of the goods in question, such defect was subsequently cured by the admission of the defendant Viehman, when he was called as a witness for the defense. All questions of fact were resolved on conflicting

evidence in favor of the plaintiff by the trial justice, and we see no reason for reversing his decision. Judgment affirmed, with costs.